IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Dwight Xavier Jones, | ) | C/A No. 5:11-754-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| Major Quig, Lexington County Detention | ) | |
| Center; Patsy McDaniel, Lexington | ) | |
| County Detention Center; Captain | ) | |
| Ronald O'Neil, Lexington County | ) | |
| Detention Center; PSO Bradacs, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This matter is before the court on Plaintiff's motion to compel, ECF No.68. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in prisoner petitions filed pursuant to 42 U.S.C. § 1983.

In this motion, Plaintiff informs the court Defendants have not "answered interrogations." ECF No. 68 at 1. The court construes Plaintiff's motion as one seeking an order compelling Defendants to respond to interrogatories Plaintiff served on them as discovery. Local Rule 37.01, D.S.C., requires that a party moving to compel discovery responses provide the court with a copy of the discovery requests at issue. Plaintiff has not done so. Without a copy of the discovery requests, the undersigned cannot determine if the discovery requests were appropriate.

Accordingly, Plaintiff's motion to compel, ECF No. 68, is denied.

IT IS SO ORDERED.

March 14, 2012　　　　　　　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　　　　United States Magistrate Judge